AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| Kenneth Morgan, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:75-CV-21-TSL-MTP |
| Douglas Sproat, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Plaintiffs.

Date:   09/18/2019

/s/ Paloma Wu
*Attorney's signature*

Paloma Wu, MSB #105464
*Printed name and bar number*
Southern Poverty Law Center
111 East Capitol Street
Jackson, MS 39201

*Address*

paloma.wu@splcenter.org
*E-mail address*

(601) 948-8882
*Telephone number*

(601) 948-8885
*FAX number*